UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 24-CR-121 (CRC) |
| | : | |
| **STEPHEN MICHAEL BAKER,** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its undersigned counsel, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Anita Eve is entering her appearance as co-counsel in this matter on behalf of the United States.

           Respectfully submitted,

           MATTHEW M. GRAVES
           UNITED STATES ATTORNEY
           D.C. Bar Number 481052


   By:  /s/ ANITA EVE
           ANITA EVE
           Assistant United States Attorney (Detailee)
           PA Bar No. 45519

**CERTIFICATE OF SERVICE**

On this 19th day of March 2024, a copy of the foregoing was served upon all parties/counsel listed on the Electronic Case Filing (ECF) System.

*/s/ Anita Eve*
Anita Eve
Assistant United States Attorney