# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No. 24-cr-00121-CRC** |
| | ) | |
| **STEPHEN BAKER,** | ) | |
| | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

## NOTICE OF WITHDRAW OF DEFENDANT STEPHEN BAKER'S NOTICE FOR TRIAL BY MAGISTRATE JUDGE

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

NOW comes Defendant Steven Baker by and through his counsel of record, William L. Shipley, Esq., and respectfully withdraws his motion to have his case transferred and heard by a Magistrate Judge.  *See* ECF No. 41.


Dated: September 28, 2024                     Respectfully submitted,

_____
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com